# LAW OFFICES OF JILL R. SHELLOW

---

Telephone:  212.792.4911  /  Fax:  212.792.4946  /  jrs@shellowlaw.com
80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY  10706

October 4, 2021

**BY ECF ONLY**

**REQUEST GRANTED.**

10/5/2021  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

RE:    *United States v. Christina Esquer,* 21-cr-62 (LJL)

Dear Judge Liman:

I am writing with the consent of the Government to request an extension of time to file the sentencing submission on behalf of Christina Esquer.  Ms. Esquer's sentencing submission is due tomorrow, and the Government's submission is due seven days later.  As of this writing, I have not received the PSR.  I have emailed the Probation Officer asking when we can expect the PSR, but I have not yet received a response.  Accordingly, I respectfully request an extension of time until two days after the PSR is docketed to file Ms. Esquer's sentencing submission and an extension of time for the Government to file its submission seven days later.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow
*Counsel for Christina Esquer*

**Connecticut Office**: 2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC