# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

October 6, 2021

**BY ECF ONLY**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The Court adopts the proposed schedule for sentencing submissions. The Sentencing Hearing previously set for October 19, 2021 is rescheduled to October 25, 2021 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 10/7/2021  SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

RE:  *United States v. Christina Esquer*, 21-cr-62 (LJL)

Dear Judge Liman:

On October 4, I wrote to Your Honor requesting a modification of the Court's usual schedule for the parties to file sentencing submissions. I have now learned that the Probation Officer expects to file the final PSR by October 12. Accordingly, I respectfully propose that the deadline for filing the sentencing submission on behalf of Christina Esquer be two days after the PSR is filed and that the Government's deadline be two days after the defense submission is filed. Finally, I respectfully request that Ms. Esquer's sentencing, presently scheduled for October 19, 2021, be adjourned to the week of October 25 at a time that is convenient for the Court. The Government consents to this schedule.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow
*Counsel for Christina Esquer*

cc:  AUSA Jacob H. Gutwillig

**Connecticut Office**: 2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted: NY, CT, DC