```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
USA,                                                         :
                                                             :
                          Plaintiff,                         :
                                                             :          21-CR-62-2 (LJL)
          -v-                                                :
                                                             :              ORDER
CHRISTINA MARIE ESQUER,                                      :
                                                             :
                          Defendant.                         :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/20/2021_

LEWIS J. LIMAN, United States District Judge:

    The Court has received Ms. Esquer's sentencing submission dated October 15, 2021, at Dkt. No. 36. The sentencing submission identifies a number of corrections and objections to the presentence report. The Probation Department is directed to respond to Ms. Esquer's objections and corrections by no later than October 22, 2021, at 12:00 p.m.

    SO ORDERED.

Dated: October 20, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge