# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue, White Plains, New York 10601

March 16, 2023

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

> **REQUEST GRANTED.**
> **The Judgment for Ms. Esquer will be amended as proposed and an Amended Judgment will be filed to the docket.**
>
> 3/17/2023   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

RE:   *United States v. Christina Marie Esquer, 21-cr-62 (LJL)*

Dear Judge Liman

    I represent Christina Esquer who was sentenced by Your Honor on October 28, 2021 to five years in prison followed by five years of supervised release with supervision by the district of her residence.  In preparation for Ms. Esquer's release, the BOP contacted the U.S. Probation Office in Phoenix to arrange a transfer of her supervision to the District of Arizona.  The Arizona Probation Office denied the request because the Judgment lacks specific language related to substance abuse treatment and testing.  The letter from the Probation Office is attached.  If the specific language is added to the Judgment, the Arizona Probation Office will reconsider the request.  The language requested is:

> "You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse.  You must contribute to the cost of treatment in an amount to be determined by the probation officer.

> "You must submit to substance abuse testing.  You must not attempt to obstruct or tamper with the testing methods.  You must contribute to the cost of testing in an amount to be determined by the probation officer."

Accordingly, I request that the Judgment be amended with the above language.  I have spoken with AUSA Jacob Gutwillig, and the Government consents to this request.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   AUSA Jacob Guttwilig
       Christina Maria Esquer (by legal mail)

Admitted:  NY, CT, DC